UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   19-cv-1022(FJS)(CFH)

TARA HOLMES, on behalf of herself and all
others similarly situated,

        Plaintiff

        -against-

MEDICAL DATA SYSTEMS, INC. d/b/a
MEDICAL REVENUE SERVICE,

        Defendant

-------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

   IT IS HEREBY STIPULATED by the parties named in the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, TARA HOLMES, with prejudice as to said Plaintiff and without costs or attorneys fees as to any party named herein.

DATED: January 31, 2020
       New York, New York

                             ROBERT L. ARLEO, ESQ. P.C.
                         By: */s/ Robert L. Arleo*
                           ROBERT L. ARLEO, ESQ.
                           *Attorney for the Plaintiff*
                           TARA HOLMES
                           380 Lexington Avenue, 17th Floor
                           New York, New York 10168
                           PHONE: (212) 551-1115
                           FAX: (518)751-1801
                           EMAIL: robertarleo@gmail.com

DATED: January 31, 2020
      New York, New York

                         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By: _/ s / Joseph Francour_
                            JOSEPH FRANCOUR, ESQ.
                            *Attorneys for the Defendant*
                            MEDICAL DATA SYSTEMS, INC.
                            d/b/a MEDICAL REVENUE SERVICE
                            150 East 42nd Street
                            New York, New York
                            PHONE: (212) 915-5150
                            FAX: (212) 490-3038
                            EMAIL: joseph.francour@wilsonelser.com

**February 3, 2020**
SO ORDERED

_____
Frederick J. Scullin, Jr.
**Senior** District Court Judge